IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CASSANDRA BOWMAN** | : | **CIVIL ACTION NO. 1:CV-14-150** |
| | : | |
| **Plaintiff** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| **v.** | : | |
| | : | |
| **SUNBEAM PRODUCTS, INC.** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

Before the court in the captioned action is a August 29, 2014 Report and

Recommendation of the Magistrate Judge.  No timely objections have been filed.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY**

**ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge

Carlson.

2)  Plaintiff's Complaint is **DISMISSED** for failure to prosecute.

3)  The Clerk of Court shall **CLOSE** this case.

 S/ Yvette Kane
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania

Dated: September 17, 2014